**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1041-VAP (OPx)                              Date:  September 11, 2008

Title:   AUROA LOAN SERVICES, LLC -v- TIMOTHY GATES AND DOES 1-20, INCLUSIVE

PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                                 NO APPEARANCE

PROCEEDINGS:    ORDER TO SHOW CAUSE RE "NOT SUFFICIENT FUNDS"

    IT IS ORDERED that counsel show cause, no later than September 22, 2008, why this action should not be dismissed for the failure to pay the required fee.

    Counsel is advised that the Court will consider the payment of $420.50, the original filing fee, plus a $45.00 returned check processing fee), by tendering cash, cashier's check or money order as a satisfactory response to the ORDER TO SHOW CAUSE.

    The amount to satisfy the order to show cause shall be submitted to: Clerk, U.S. District Court,
                                                                    312 North Spring Street
                                                                    Room 529
                                                                    Los Angeles, CA 90012

MINUTES FORM 90                                                                Initials of Deputy Clerk md
CIVIL -- GEN